UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE OESER COMPANY,<br><br>Defendant. | CASE NO. C05-1491C<br><br>ORDER |

This matter comes before the Court on the government's unopposed motion (Dkt. No. 8) to sign and enter a Consent Decree. The government represents that it has complied with the 30-day comment period mandated by 28 C.F.R.§ 50.7, and that it received no comments from the public. Defendant, by executing the Decree, has consented to its entry.

Accordingly, the motion to enter Consent Decree is GRANTED. The Court will sign and enter the Consent Decree separately.

SO ORDERED this 7th day of November, 2005.

_____
UNITED STATES DISTRICT JUDGE

ORDER – 1